## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:24-MJ-00025 |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| TIMOTHY ROWBOTTOM, | : | |
| Defendant. | : | |

### ORDER

Upon a finding that the defendant is financially unable to obtain counsel, **IT IS ORDERED** that the Federal Public Defender, 100 Chestnut Street, Suite 306, Harrisburg, Pennsylvania, 17101, telephone number (717) 782-2237, Ari Weitzman is appointed to represent the defendant in all proceedings arising from the within Complaint.

_S/Susan E. Schwab_
Susan E. Schwab
United States Magistrate Judge

Dated: April 1, 2024