AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:24-MJ-0025 |
| | ) | |
| TIMOTHY ROWBOTTOM | ) | Charging District: District of Columbia |
| *Defendant* | ) | Charging District's Case No. 1:24-MJ-00118 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: U.S. District Court for the District of Columbia<br>E. Barrett Prettyman U.S. Courthouse<br>333 Constitution Ave., N.W., Washington, DC 20001 | Courtroom No.: VIA ZOOM |
|---|---|
| | Date and Time: 4/16/2024 12:30 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 4/1/2024

*Judge's signature*

Susan E. Schwab, United States Magistrate Judge
*Printed name and title*

**ZIA M. FARUQUI (ZMF)**
Chambers: (202) 354-3070
Courtroom Deputy: Tiffany Lavigne-Rhodes, Tiffany_Lavigne-Rhodes@dcd.uscourts.gov
Phone Number: (202) 354-3173
ZOOM info:

https://uscourts-dcd.zoomgov.com/j/1615439875?pwd=M1JnWVV6bjBPTnF3M010SzdtM0NwZz09
Meeting ID: 161 543 9875
Passcode: 926057